UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

United States of America,

                                 **ORDER**

       -against-

                                 7:17-CR-00200 (CS)

Noah Waldstein,
              Defendant(s).
------------------------------------------------------X

Seibel, J.

       As stated on the record at the August 5, 2020 V.O.S.R. hearing, the Court hereby directs Westchester County Department of Corrections to release the Defendant into the custody of the United States Marshals Service to effectuate transport to the United States District Courthouse in White Plains, New York for purposes of a pick up by representatives of Samaritan Village from the courthouse back to the grounds of Samaritan Village in order for the Defendant to begin in-patient treatment. *[handwritten: at a time to be set by Probation]*

       **SO ORDERED.**

Dated: 8/5/20
       White Plains, New York

                                                     */s/ Cathy Seibel*
                                                     Cathy Seibel, U.S.D.J.