UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

NOAH WALDSTEIN

              Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

17 CR 200 (LMS) (CS)

Defendant    Noah Waldstein    hereby voluntarily consents to participate in the following proceeding via    ☒ videoconferencing or ☐ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

/s/ Noah Waldstein, electronic signature placed by USMJ Lisa Margaret Smith, with permission from the Defendant
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Noah Waldstein

Jason Ser

_____
Print Defendant's Name

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/17/2020
_____
Date

    Lisa Margaret Sm ith
_____
~~U.S. District Judge~~/U.S. Magistrate Judge